## STATE OF CONNECTICUT *v.* SHERMAN ADAMS

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 643 (AC 12303), is denied.

*Donald Dakers,* special public defender, in support of the petition.

*Judith Rossi,* assistant state's attorney, in opposition.

Decided September 13, 1995

## STATE OF CONNECTICUT *v.* JAMES COOPER

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 661 (AC 12762), is denied.

*James B. Streeto,* special public defender, in support of the petition.

*Christopher T. Godialis,* deputy assistant state's attorney, in opposition.

Decided September 13, 1995

## STATE OF CONNECTICUT *v.* JAMES COOPER

The state of Connecticut's petition for certification for appeal from the Appellate Court, 38 Conn. App. 661 (AC 12762), is denied.